[No. 13116-1-II.   Division Two.   October 10, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY K. BILLINGSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-1-00440-9, Daniel J. Berschauer, J., entered August 21, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, A.C.J., and Alexander, J.

[No. 12541-2-II.   Division Two.   October 10, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RASMUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88-1-00015-1, James D. Ladley, J. Pro Tem., entered December 15, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 11023-1-III.   Division Three.   October 10, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. TOLONIE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 89-1-00064-9, Wallis W. Friel, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.